IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dziemiela, Richard M | Case Number: 08 B 00014 |
|---|---|---|
| | Dziemiela, Theresa A | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 1/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,515.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,515.00 |
| Totals: | 2,515.00 | 2,515.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Bass & Associates | Secured | 0.00 | 0.00 |
| 3. | Nordstrom | Unsecured | 1,941.84 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 11,054.29 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 3,442.76 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 3.90 | 0.00 |
| 7. | Bass & Associates | Unsecured | 627.57 | 0.00 |
| 8. | Chase | Unsecured | 822.22 | 0.00 |
| 9. | FDS National Bank - Bloomingdales | Unsecured | 383.36 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 305.50 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 2,663.80 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,932.19 | 0.00 |
| 13. | American Express Centurion | Unsecured | 6,099.07 | 0.00 |
| 14. | Bass & Associates | Unsecured | 302.28 | 0.00 |
| 15. | American Express | Unsecured | 2,511.46 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 731.42 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 280.80 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 130.25 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 7,012.80 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 3,523.16 | 0.00 |
| 21. | Bass & Associates | Unsecured | 125.43 | 0.00 |
| 22. | Mid America Federal Savings Bank | Secured | | No Claim Filed |
| 23. | Mid America Federal Savings Bank | Secured | | No Claim Filed |
| 24. | Discover Financial Services | Unsecured | | No Claim Filed |
| 25. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dziemiela, Richard M | Case Number: 08 B 00014 |
|---|---|---|
| | Dziemiela, Theresa A | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 1/2/08 |

| 26. | HSBC | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Nordstrom | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,894.10 | $ 0.00 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

